IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **HRH QUEEN SHEIKA AMBASSADOR PRIO DR. MRS. S. ALEXANDRIA MARY ELIZABETH S.A.N.T.E. BEN DAVID BIN AL MAKTOUM**,<br><br>Plaintiff,<br>v.<br><br>**CHEROKEE NATION, et al.**,<br><br>Defendants. | **MEMORANDUM DECISION AND ORDER ADOPTING REPORT AND RECOMMENDATION IN FULL**<br><br>Case No. 2:21-CV-00426-JNP-JCB<br><br>District Judge Jill N. Parrish<br>Magistrate Judge Jared C. Bennett |

Magistrate Judge Jared C. Bennett issued a Report and Recommendation that the court deny HRH Queen Sheika Ambassador PRIO Dr. Mrs. S. Alexandria Mary Elizabeth S.A.N.T.E. Ben David bin Al Maktoum's ("Plaintiff") Motion to Reopen Case (ECF No. 15). *See* ECF No. 20. Judge Bennett notified the Plaintiff that a failure to file a timely objection to his recommendation could result in the waiver of any objections upon subsequent review. No party filed a timely objection to the Report and Recommendation and any argument that it was in error has thus been waived. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996). The court will decline to apply the waiver rule only if "the interests of justice so dictate." *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *see also Duffield v. Jackson*, 545 F.3d 1234, 1238 (10th Cir. 2008) (listing factors to apply in determining whether the interests of justice require an exception to the waiver rule). The court does not find than an exception to the waiver rule is required in the interests of justice.

Thus, having reviewed the Report and Recommendation, the court concludes it is not clearly erroneous and adopts the Report and Recommendation in full. Accordingly, the court

2

**ORDERS** that the Report and Recommendation (ECF No. 20) is **ADOPTED IN FULL** and Plaintiff's Motion to Reopen Case (ECF No. 15) is **DENIED**.

    Signed April 25, 2024

                                      BY THE COURT

                                      _____
                                      Jill N. Parrish
                                      United States District Court Judge

2